**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  5:18-cr-112 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| RAYNARD CLAYTON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on August 4, 2021. The Court referred this matter to Magistrate Judge Kathleen B. Burke to conduct appropriate proceedings and to file a report and recommendation. On October 1, 2021, pursuant to General Order 2021-15 this case was referred to Magistrate Judge Amanda M. Knapp. Magistrate Judge Knapp reported that a supervised release violation hearing was held on January 19, 2022. The defendant admitted to the following violations:

    1. Unauthorized Use of Drugs;
    2. Failure to Comply with Random Drug Testing.

The Government withdrew violation number 3.

The magistrate judge filed a report and recommendation on January 19, 2022, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violations number 1 and 2.

A final supervised release violation hearing was conducted on April 20, 2022. Present were the following: Assistant U.S. Attorney Christopher Joyce, Attorney Jacqueline Johnson representing the defendant; the defendant Raynard Clayton; and Supervising United States Probation Officer Donald Stranathan was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 2.

IT IS ORDERED that the defendant's term of supervised release is continued under the same term and conditions previously set.

**IT IS SO ORDERED**.

Dated: April 20, 2022

                                                    **HONORABLE SARA LIOI**
                                                    **UNITED STATES DISTRICT JUDGE**