**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:18-cr-112 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| RAYNARD CLAYTON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on November 17, 2022. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on January 18, 2023. The defendant admitted to the following violations:

1. Unknown Whereabouts
2. Failure to Follow Directives of Probation Officer
3. Failure to Comply with Treatment

The magistrate judge filed a report and recommendation on December 6, 2022, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 2, and 3. The government withdrew violation number 4.

A final supervised release violation hearing was conducted on February 9, 2023. Present were the following: Assistant United States Attorney Christopher Joyce, Attorney Jeffrey Lazarus, the defendant Raynard Clayton, and United States Probation Officer Ashley Frank.

Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, and 3.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 5 months, with credit for time served from his arrest on January 10, 2023; no term of supervised release to follow. Defendant remanded.

**IT IS SO ORDERED**.

Dated: February 9, 2023

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**